UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MYRELL BERGERON                           CIVIL ACTION NO.

vs.
                                          JUDGE:
GIFTED HEALTH CARE                        Magistrate Judge:

## COMPLAINT
## (Jury trial demanded)

### Jurisdiction and venue

1. This action is brought under for defendant's failure to hire due to plaintiff's pending litigation in CA 21-507 USDC/EDLA which is based on the ADA; the LEDA; and the Louisiana Civil Rights for Handicapped Persons Act. Jurisdiction is based on 28 USC sec. 1343. Venue is proper in this district because all acts complained of occurred in this district.

### Right to sue

2. Plaintiff obtained a Right-to-sue letter dated May 11, 2021.

### Parties

3. Plaintiff is Myrell Bergeron who applied with defendant for a position as a Medical Assistant Floater for which she was qualified.

4. Defendant, Gifted Health Care, employs more than 500 people.

### Conduct sued on

5. On July 22, 2020, plaintiff applied for a position with Gifted Health Care as a medical assistant at a third-party COVID testing clinic. The rate was @ $20/hr, 40 hrs/wk for six-eight months.

6. On a Saturday a recruiting nurse, an African-American female, employed by Gifted Health Care, advised plaintiff her resume was "good" and that she

       would refer her to the recruiting nurse for that position.  The African-American woman wanted plaintiff's paperwork immediately. Plaintiff complied.

7. During the week the assigned nurse recruiter, Mary Faucheaux, called to advise that she would push plaintiff's paper work through - they needed people immediately.  "When she could she start?  Things looked good.  They had positions all over the city."

8. During the week, Ms Faucheaux called to get more paperwork which plaintiff sent in through Office Depot.  She asked about plaintiff's experience who described it and added that she had no children or childcare responsibilities.  Ms Faucheaux requested plaintiff to fill out the online job application which she did.

9. Plaintiff waited a few days and when she did not hear anything called Ms Faucheaux,  At that time, Ms Faucheaux told her that "they could not hire her because she was in litigation with LCMC and they are one of their biggest clients."

10. About two days later, plaintiff left Ms Faucheaux a voice mail pointing out that Gifted could assign her to locations other than LCMC.  Ms Faucheaux did not call back.

11. The above is alleged to constitute a retaliatory failure to hire under Title VII because plaintiff had filed a lawsuit against a previous employer.

## Relief sought

12. Plaintiff seeks all legal and equitable relief including lost wages, back and front pay, damages for emotional distress, liquidated damages, attorney fees, costs, and trial by jury.

Respectfully submitted,
/s/ J Courtney Wilson TA
J Courtney Wilson 13561
1510 Veterans Blvd
Metairie, La 70005
(T) 504/832-0585
(F) 504/846-2400

Charlsey J Wolff LB# 17869
2800 Veterans Memorial Blvd
Ste 204
Metairie LA, 70002
Phone: (504) 483-3406
Fax: (504) 229-7702

PLEASE DO NOT ISSUE SERVICE; NOTICE
AND WAIVER WILL BE ATTEMPTED